```
 1  CAROL C. LAM
    United States Attorney
 2  CINDY M. CIPRIANI
    Assistant U.S. Attorney
 3  California Bar No. 144402
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-7390

 6  Attorneys for Federal Defendants
```

FILED
06 SEP 28 AM 9:26
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MOSS,<br><br>    Plaintiff,<br><br>v.<br><br>MIKE SALAS,<br><br>    Defendant. | Civ 06CV 1859 LAB CAB<br><br>[PROPOSED] ORDER OF SUBSTITUTION OF UNITED STATES OF AMERICA AS DEFENDANT, AMENDMENT AND DISMISSAL<br><br>Removed From:<br>Superior Court of California<br>County of San Diego<br>Small Claims Court<br>Kearny Mesa Branch<br>Case No.: SC 174364 |

Upon review and consideration of the Notice of Substitution of United States of America filed herein by the United States of America and it appearing to the Court that this is a tort action that includes claims against Defendant Mike Salas arising out of actions certified by the Attorney General of the United States to have been taken within the scope of his office and employment as federal a employee,

IT IS ORDERED, pursuant to 28 U.S.C. § 2679(d), that the United States of America shall be substituted as a Defendant herein, in place of Defendant Mike Salas, and that the title of the action be amended accordingly.

//
//
//
//

IT IS FURTHER ORDERED that as to Defendant Mike Salas this action is dismissed, with prejudice, pursuant to 28 U.S.C. § 2679(d)(2).

DATED: September 27, 2006

_____
Judge of the District Court

Presented by:

CAROL C. LAM
United States Attorney

CINDY M. CIPRIANI
Assistant U.S. Attorney