1 | CAROL C. LAM
United States Attorney
2 | CINDY M. CIPRIANI
Assistant U.S. Attorney
3 | California Bar No. 144402
Federal Office Building
4 | 880 Front Street, Room 6293
San Diego, California 92101-8893
5 | Telephone: (619) 557-7390

6 | Attorneys for Federal Defendants

7

FILED

06 SEP 28 AM 9: 26

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | DAVID MOSS,

11 |                    Plaintiff,

12 |      v.

13 | MIKE SALAS,

14 |                    Defendant.

15

16

17

Civ 06CV 1859   LAB CAB

[PROPOSED] ORDER OF
SUBSTITUTION OF UNITED STATES
OF AMERICA AS DEFENDANT,
AMENDMENT AND DISMISSAL

Removed From:
Superior Court of California
County of San Diego
Small Claims Court
Kearny Mesa Branch
Case No.: SC 174364

18 |        Upon review and consideration of the Notice of Substitution of United States of America filed

19 | herein by the United States of America and it appearing to the Court that this is a tort action that includes

20 | claims against Defendant Mike Salas arising out of actions certified by the Attorney General of the

21 | United States to have been taken within the scope of his office and employment as federal a employee,

22 |        IT IS ORDERED, pursuant to 28 U.S.C. § 2679(d), that the United States of America shall be

23 | substituted as a Defendant herein, in place of Defendant Mike Salas, and that the title of the action be

24 | amended accordingly.

25 | //

26 | //

27 | //

28 | //

1     IT IS FURTHER ORDERED that as to Defendant Mike Salas this action is dismissed, with

2 prejudice, pursuant to 28 U.S.C. § 2679(d)(2).

3

4 DATED: September 27 2006          _Larry A. Burns_

                                            Judge of the District Court

5

6 Presented by:

7 CAROL C. LAM
United States Attorney

8

9 CINDY M. CIPRIANI
Assistant U.S. Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28